**State of Michigan**
**United States District Court - Eastern District of Michigan**

**Jonathon Thomas Olbrys, et al.**
, Plaintiff

Case No.: **2023-11351**

**Lakeview Public Schools, et al.**
, Defendant

For:

**Thomas More Law Center**
**Richard Thompson (P- 21410)**
**24 Frank Lloyd Wright Drive, P.O. Box 393**
**Ann Arbor, Michigan 48106**

### AFFIDAVIT OF PERSONAL SERVICE

Received by Dart Group Incorporated to be served on **Jason Townsend, Assistant Principal**.

I, **Ian T. Paulsen**, being duly sworn, depose and state that on **June 8th, 2023** at **01:13 pm, I:**

Personally Served a True Copy of the **Summons and Complaint** upon **Jason Townsend, Assistant Principal** at **27900 Rockwood Street, St. Clair Shores, Michigan 48081.**

I certify that I am over the age of 18 and have no interest in the above Captioned Matter.

Subscribed and Sworn to before me on this day
June 9, 2023 by the Affiant who is Personally
Known to me.

Ian T. Paulsen
Process Server

Dart Group Incorporated
55 E. Long Lake Road, Suite 215
Troy, MI 48085
248-619-7899

Eric Fluegge
Notary Public, State of Michigan
County of Oakland
My Commission Expires 8/26/2027
Acting in the County of Oakland

Our Job Number: 54434
Reference: Jonathon Thomas Olbrys, et al.